1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10            FRESNO DIVISION

11

12  DIMITRIOS KASTIS,                    1:13-cv-00361-DLB (PC)

13          Plaintiff,                   ORDER GRANTING APPLICATION TO
                                         PROCEED IN FORMA PAUPERIS
14  v.                                   (#2)
                                                and
15  MARGARET MIMS, et al.,               ORDER DIRECTING PAYMENT
                                         OF INMATE FILING FEE BY FRESNO
16          Defendants.                  COUNTY JAIL

17  _____/

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19  to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20  by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

21          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22  § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

23  the preceding month's income credited to plaintiff's trust account.  The Fresno County Jail is

24  required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in

25  the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26

27

28

-1-

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Sheriff of the Fresno County Jail or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of the Fresno County Jail, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

5.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

**Dated:    March 15, 2013**                    **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE